UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE APPLICATION OF DREYMOOR FERTILIZERS OVERSEAS PTE LTD.<br><br>REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | CASE NO. 1:20-mc-00192 |

**DECLARATION OF MATTHEW FESER IN SUPPORT OF *EX PARTE* APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury as follows:

1. I am an attorney licensed to practice law in the State of New York and before this Court. I am an associate with Salisbury & Ryan LLP at 1345 Avenue of the Americas, New York, New York 10105. I respectfully submit this declaration in support of the application for discovery pursuant to 28 U.S.C. § 1782.

2. No previous application for similar relief has been made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York on this 14th Day of April 2020

/s/ Matthew Feser
Matthew Feser